J. Derland Johnston, Plaintiff-Appellant, *v.* Eileen Johnston, Defendant-Appellee.

(No. 56027; )

First District—December 7, 1972.

Opinion by Mr. PRESIDING JUSTICE McGLOON.

Elliott Kalcheim and John J. Wallace, both of Wallace, Shelton, Keinman, Kalcheim & Curoe, of Chicago, for appellant.